AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alejandro Melendez | )<br>)<br>)<br>)<br>)<br>) |

Case No.  CR-22-980-TUC-RM(LCK)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Alejandro Melendez                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to possess with intent to distribute and distribute methamphetamine, fentanyl, cocaine, and heroin;
21:841(a)(1) and (b)(1)(C) Possession with intent to distribute fentanyl;
18:924(c)(1)(A)(i) Possession of a firearm in furtherance of a drug trafficking crime

Issuing officer's signature

ISSUED ON 8:56 am, May 06, 2022
s/ Debra D. Lucas, Clerk

City and state:   Tucson, Arizona

K. Hughes, Deputy Clerk.
*Printed name and title*

cc: AUSA, USMS, PTS

| Return |
|---|
| This warrant was received on *(date)*   5/6/22  , and the person was arrested on *(date)*   5/17/22
at *(city and state)*   Phoenix AZ  . |

Date: 5/17/22

Arresting officer's signature

Jonathan Moran Deputy U.S. Marshal
*Printed name and title*